CO-386-online
10/03

# United States District Court
# For the District of Columbia

DIANA M. BUELL )
)
)
)
vs     Plaintiff )    Civil Action No. _____
)
WASHINGTON HOSPITAL CENTER )
CORPORATION, et al. )
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plaintiff_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Washington Hospital Center Corporation and Ameripark, Inc.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

418577
BAR IDENTIFICATION NO.

Benjamin G. Chew
Print Name

PATTON BOGGS LLP, 2550 M Street, NW
Address

Washington, D.C.        20037
City        State        Zip Code

202-457-6000
Phone Number