CO-386-online
10/03

# United States District Court
# For the District of Columbia

DIANA M. BUELL, ESTATE OF )
DONOVAN D. BUELL, SR. )
                                )
                  Plaintiff )
     vs )    Civil Action No. 1:08 CV 00680
                                )
WASHINGTON HOSPITAL CENTER )
CORPORATION, et al. )
                                )
                Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for AMERIPARK, INC. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of AMERIPARK, INC. which have any outstanding securities in the hands of the public:

NONE.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

Shapiro - #471911
BAR IDENTIFICATION NO.

Samuel N. Shapiro & Jeffrey R. Schmieler #035964
Print Name

Saunders & Schmieler, P.C., 8737 Colesville Road
Address

Suite L-201, Silver Spring, MD 20910
City        State        Zip Code

301-588-7717; email: shapiros@sslawfirm.com
Phone Number

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Certificate Rule LcvR 7.1, Disclosure of Corporate Interest was e-filed and mailed this **7th** day of **May, 2008**, postage pre-paid to:

Benjamin G. Chew, Esquire
David C. Silver, Esquire
Patton Boggs LLP
2550 M Street, N.W.
Washington, DC 20037
E-mail: bchew@pattenboggs.com
*Attorneys for the Plaintiff*

Ms. Wanda D. Mitchell
656 Jefferson Street, N.E.
Washington, DC 20011
*Defendant, Pro Se*

Washington Hospital Center Corporation
c/o CT Corporation System
1015 15th Street, N.W.
Washington, DC 20005
*Defendant, Pro Se*

/s/ Samuel N. Shapiro
**Samuel N. Shapiro** (# 471911)