IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIANA BUELL, Individually and as :
Personal Representative of the Estate
of Donovon Buell :

              Plaintiff, :

v. :
                                      Civil Action No. 1:08-cv-00680
WASHINGTON HOSPITAL CENTER : Judge Reggie B. Walton
CORPORATION, et. al.

              Defendants.

**DEFENDANT WASHINGTON HOSPITAL CENTER CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

    Certificate required by L.Cv.R. 7.1 of the Local Rules of the United States District Court for the District of Columbia:

    I, the undersigned, counsel of record for Washington Hospital Center Corporation certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Washington Hospital Center Corporation

    1. Washington Hospital Center Corporation's parent corporation is, and is wholly owned by, MedStar Health, Inc.

    These representations are made in order that judges of this court may determine the need for recusal.

                  Respectfully submitted,

                    /s/ Daniel C. Costello
                Daniel C. Costello, #431217
                WHARTON LEVIN EHRMANTRAUT
                        & KLEIN, P.A.
                P.O. Box 551
                104 West Street
                Annapolis, Maryland 21404-0551
                Telephone (410) 263-5900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of May, 2008, a copy of the foregoing was mailed, via first-class mail, postage prepaid, and electronic mail to:

Benjamin Chew, Esquire
David Silver, Esquire
PATTON BOGGS LLP
2550 M Street
Washington, DC 20037

Samuel Shapiro, Esquire
8737 Colesville Road
Tower 201
Silver Spring, MD 20910

Wanada Mitchell
656 Jefferson Street, NE
Washington, DC 20011

/s/ Daniel C. Costello
Daniel C. Costello, #431217