```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
```

DIANA M. BUELL,                      :
Individually and as the              :
Personal Representative              :
of the Estate Of                     :
Donovan D. Buell, Sr.                :
Deceased                             :
                                     :
     Plaintiff                       :
                                     :
     v.                              : Case No. 1:08-cv-00680
                                     : Judge Reggie B. Walton
WASHINGTON HOSPITAL CENTER           :
CORPORATION ET AL                    :
                                     :
     Defendants                      :


### ANSWER OF DEFENDANT WANDA D. MITCHELL

Comes now defendant, Wanda D. Mitchell, by and through her attorneys, Martell, Donnelly, Grimaldi & Gallagher, and in answer to the Complaint states:

### FIRST DEFENSE

The Complaint fails to state a claim or cause of action upon which relief may be granted against this defendant.

### SECOND DEFENSE

Defendant admits that a motor vehicle accident occurred at the approximate time and place as alleged in the Complaint and that the decedent was in contact with defendant's vehicle.

Defendant denies all allegations of carelessness, negligence or the violation of the applicable traffic regulations asserted against her and demands strict proof thereof.

**THIRD DEFENSE**

Defendant asserts that the aforesaid accident and any injuries and/or damages allegedly sustained by the plaintiff herein were caused, contributed to or aggravated by the negligence of plaintiff's decedent, Donovan D. Buell, Sr.

In the alternative, defendant asserts that the aforesaid accident was caused and/or contributed to by the negligence of plaintiff's decedent, Donovan D. Buell, Sr. and the negligence of the co-defendants Washington Hospital Center Corporation and Ameripark, Inc.

**FOURTH DEFENSE**

Defendant is without knowledge or information sufficient to form a belief as to the injuries and/or damages allegedly sustained by plaintiff's decedent or by plaintiff and in the alternative denies same and demands strict proof thereof.

**FIFTH DEFENSE**

Defendant has no knowledge or information as to the plaintiff's legal capacity to maintain a cause of action

for the alleged wrongful death of Donovan D. Buell, Sr. and/or a survival action as a result of his death and demands strict proof thereof.

### SIXTH DEFENSE

Defendant denies that any act and/or omission by her created a claim or cause of action for punitive damages under the laws of the District of Columbia; denies that she is legally responsible to the plaintiff for punitive damages under any legal theory and demands strict proof thereof.

### SEVENTH DEFENSE

Each and every allegation in the plaintiff's Complaint that relates to this defendant and which has not been specifically admitted is hereby denied.

### EIGHTH DEFENSE

In response to the specific allegations in the Complaint defendant states:

As to paragraphs 1, 2, 6, 7, 10, 14, 15, 16, 17, 18, 25, 27, and 31 defendant is without knowledge or information sufficient to form a belief and, therefore, denies same;

The allegations of paragraphs 3, 4 and 21 do not relate to this defendant and, therefore, defendant makes no response thereto at this time;

Defendant admits the allegations in paragraphs 5 and 33 of the Complaint;

Defendant denies the allegations in paragraphs 11, 12, 13, 20, 23, 24, 28, 29, 30, 34, 35 and 36;

As to paragraph 8, defendant admits the accident occurred in the District of Columbia;

As to paragraph 9, defendant admits the accident occurred at approximately 10:00 a.m. July 16, 2007 on the third level of the Pavilion Parking Garage.

WHEREFORE, defendant, Wanda D. Mitchell, prays the Complaint be dismissed.

>MARTELL, DONNELLY,
>GRIMALDI & GALLAGHER
>
>/s/ Wade J. Gallagher
>WADE J. GALLAGHER #89276
>1900 L Street, N.W., Suite 401
>Washington, D.C.  20036
>(301) 424-1300
>wjgallagher@mdgg.com
>Counsel for defendant
>  Wanda D. Mitchell

### Certificate of Service

I hereby certify that on this 22nd day of May, 2008, I e-filed the foregoing Answer of Defendant Wanda Mitchell, and mailed a copy, first class mail, postage prepaid to:

Benjamin G. Chew, Esquire

David C. Silver, Esquire
Patton Boggs LLP
2550 M Street, N.W.
Washington, D.C.  20037
bchew@pattonboggs.com
Counsel for plaintiff Buell

Daniel C. Costello, Esquire
Wharton, Levin, Ehrmanstraut,
Klein and Nash
104 West Street
P.O. Box 551
Annapolis, Maryland 21404-0551
DDC@WLEKN.COM
Counsel for Washington Hospital Center Corp.

Samuel Nathan Shapiro, Esquire
Saunders & Schmieler
8737 Colesville Road
Suite L-201
Silver Spring, Maryland 20910
Counsel for Ameripark, Inc.

                                          /s/ Wade J. Gallagher
                                          Wade J. Gallagher #89276

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
DIANA M. BUELL,                  :
Individually and as the          :
Personal Representative          :
of the Estate Of                 :
Donovan D. Buell, Sr.            :
Deceased                         :
                                 :
     Plaintiff                   :
                                 :
     v.                          : Case No. 1:08-cv-00680
                                 : Judge Reggie B. Walton
WASHINGTON HOSPITAL CENTER       :
CORPORATION ET AL                :
                                 :
     Defendants                  :
```

**CROSS-CLAIM OF WANDA D. MITCHELL AGAINST WASHINGTON HOSPITAL CENTER CORPORATION AND AMERIPARK, INC.**

Comes now defendant/cross-claimant, Wanda D. Mitchell, by and through her attorneys, Martell, Donnelly, Grimaldi & Gallagher, and as and for a Cross-claim against defendants Washington Hospital Center Corporation (WHC) and Ameripark, Inc. states:

1. The plaintiff individually and as Personal Representative of the Estate of Donovan D. Buell, Sr. seeks to recover compensatory and punitive damages against this defendant/cross-claimant and against the cross-defendants as a result of the death of the decedent. At the time and place of the accident referred to in the Complaint, the decedent was a pedestrian in a private garage for hire

owned and/or operated by cross-defendants Washington Hospital Center Corporation and Ameripark, Inc..

    2.   In the Complaint filed herein, the plaintiff has alleged that as a direct and proximate result of the cross-defendants' negligent operation and maintenance of the garage for hire in which the subject accident occurred, plaintiff's decedent sustained fatal injuries which gave rise to the claims that the plaintiff is asserting. More specifically, the plaintiff has alleged that the cross-defendants were negligent in their failure to maintain the garage in a proper and safe manner; in their failure to monitor the conditions of the signage in the garage; in their failure to maintain proper signage in the garage; in their failure to provide proper safety warnings to pedestrian traffic in the garage; and in their failure to provide a safe and protected pedestrian walkway within the garage which was owned and operated by them.

    3.   The accident, which is the subject of plaintiff's complaint, if proven to have occurred as alleged by plaintiff, happened through and as a result of the sole or concurring active negligence, carelessness, violation of the applicable standards and regulations and other violations of duty on the part of cross-defendant

Washington Hospital Center and Ameripark, Inc., their agents, servants and employees.

4. If plaintiff were to prevail in her claims against this defendant, Wanda D. Mitchell, then and in that event, Wanda D. Mitchell, asserts that cross-defendant Washington Hospital Center Corporation and Ameripark, Inc., are or may be liable to her for all or part of plaintiff's claims against her due to said cross-defendants' negligence, carelessness and violations of duty and care owed to plaintiff's decedent and to cross-claimant, Wanda D. Mitchell.

WHEREFORE, defendant and cross/claimant, Wanda D. Mitchell, demands judgment for contribution and/or indemnification against cross-defendants Washington Hospital Center Corporation and Ameripark, Inc. for all or part of any sums that may be adjudged against her in favor of plaintiff.

                        MARTELL, DONNELLY,
                        GRIMALDI & GALLAGHER

                        /s/ Wade J. Gallagher
                        WADE J. GALLAGHER #89276
                        1900 L Street, N.W., Suite 401
                        Washington, D.C. 20036
                        (301) 424-1300
                        wjgallagher@mdgg.com
                        Counsel for defendant
                          Wanda D. Mitchell

**Certificate of Service**

I hereby certify that on this 22nd day of May, 2008, I e-filed the foregoing Cross-claim of Defendant Wanda Mitchell, and mailed a copy, first class mail, postage prepaid to:

> Benjamin G. Chew, Esquire
> David C. Silver, Esquire
> Patton Boggs LLP
> 2550 M Street, N.W.
> Washington, D.C.  20037
> bchew@pattonboggs.com
> Counsel for plaintiff Buell
>
> Daniel C. Costello, Esquire
> Wharton, Levin, Ehrmanstraut,
> Klein and Nash
> 104 West Street
> P.O. Box 551
> Annapolis, Maryland 21404-0551
> DDC@WLEKN.COM
> Counsel for Washington Hospital Center Corp.
>
> Samuel Nathan Shapiro, Esquire
> Saunders & Schmieler
> 8737 Colesville Road
> Suite L-201
> Silver Spring, Maryland 20910
> Counsel for Ameripark, Inc.

                              /s/ Wade J. Gallagher
                              Wade J. Gallagher #89276

```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

DIANA M. BUELL,                  :
Individually and as the          :
Personal Representative          :
of the Estate Of                 :
Donovan D. Buell, Sr.            :
Deceased                         :
                                 :
     Plaintiff                   :
                                 :
     v.                          : Case No. 1:08-cv-00680
                                 : Judge Reggie B. Walton
WASHINGTON HOSPITAL CENTER       :
CORPORATION ET AL                :
                                 :
     Defendants                  :

## JURY DEMAND

Defendant, Wanda D. Mitchell, demands a trial by jury on all issues herein.

```
                         MARTELL, DONNELLY,
                         GRIMALDI & GALLAGHER

                         /s/ Wade J. Gallagher
                         WADE J. GALLAGHER #89276
                         1900 L Street, N.W., Suite 401
                         Washington, D.C.  20036
                         (301) 424-1300
                         wjgallagher@mdgg.com
                         Counsel for defendant
                           Wanda D. Mitchell
```

## Certificate of Service

I hereby certify that on this 22nd day of May, 2008, I e-filed the foregoing Jury Demand of Defendant Wanda

Mitchell to Complaint, and mailed a copy, first class mail, postage prepaid to:

>Benjamin G. Chew, Esquire
>David C. Silver, Esquire
>Patton Boggs LLP
>2550 M Street, N.W.
>Washington, D.C.  20037
>bchew@pattonboggs.com
>Counsel for plaintiff Buell
>
>Daniel C. Costello, Esquire
>Wharton, Levin, Ehrmanstraut,
>Klein and Nash
>104 West Street
>P.O. Box 551
>Annapolis, Maryland 21404-0551
>DDC@WLEKN.COM
>Counsel for Washington Hospital Center Corp.
>
>Samuel Nathan Shapiro, Esquire
>Saunders & Schmieler
>8737 Colesville Road
>Suite L-201
>Silver Spring, Maryland 20910
>Counsel for Ameripark, Inc.

>>/s/ Wade J. Gallagher
>>Wade J. Gallagher #89276

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DIANA M. BUELL,** | : |
| **Individually and as the** | : |
| **Personal Representative** | : |
| **of the Estate Of** | : |
| **Donovan D. Buell, Sr.** | : |
| **Deceased** | : |
| | : |
| **Plaintiff** | : |
| | : |
| **v.** | : Case No. 1:08-cv-00680 |
| | : Judge Reggie B. Walton |
| **WASHINGTON HOSPITAL CENTER** | : |
| **CORPORATION ET AL** | : |
| | : |
| **Defendants** | : |

**JURY DEMAND**

Defendant, Wanda D. Mitchell, demands a trial by jury on all issues in the Cross-Claim.

               MARTELL, DONNELLY,
               GRIMALDI & GALLAGHER

               /s/ Wade J. Gallagher
               WADE J. GALLAGHER #89276
               1900 L Street, N.W., Suite 401
               Washington, D.C.  20036
               (301) 424-1300
               wjgallagher@mdgg.com
               Counsel for defendant
               Wanda D. Mitchell

**Certificate of Service**

I hereby certify that on this 22nd day of May, 2008, I e-filed the foregoing Jury Demand of Defendant Wanda

Mitchell, and mailed a copy, first class mail, postage prepaid to:

    Benjamin G. Chew, Esquire
    David C. Silver, Esquire
    Patton Boggs LLP
    2550 M Street, N.W.
    Washington, D.C.  20037
    bchew@pattonboggs.com
    Counsel for plaintiff Buell

    Daniel C. Costello, Esquire
    Wharton, Levin, Ehrmanstraut,
    Klein and Nash
    104 West Street
    P.O. Box 551
    Annapolis, Maryland 21404-0551
    DDC@WLEKN.COM
    Counsel for Washington Hospital Center Corp.

    Samuel Nathan Shapiro, Esquire
    Saunders & Schmieler
    8737 Colesville Road
    Suite L-201
    Silver Spring, Maryland 20910
    Counsel for Ameripark, Inc.

                      /s/ Wade J. Gallagher
                      Wade J. Gallagher #89276