IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANA M. BUELL, individually and as personal representative of the Estate of Donovan D. Buell, Sr., Deceased | * <br> * |
| Plaintiffs | * |
| v. | * Civil Action No: 1:08-cv-00680-RBW |
| WASHINGTON HOSPITAL CENTER CORPORATION, et al. | * <br> * |
| Defendants | |

### DEFENDANT AMERIPARK, INC.'S CROSS-CLAIM AGAINST DEFENDANT MITCHELL

**COMES NOW**, the Defendant, **AMERIPARK, INC.**, by and through its attorneys, **Samuel N. Shapiro, Jeffrey R. Schmieler and Saunders & Schmieler, P.C.**, pursuant to the Federal Rules of Civil Procedure and files this Cross-Claim against the Defendant, **WANDA D. MITCHELL**, and in support thereof, states as follows:

1. That the Plaintiffs have filed a Complaint against the Defendant, **AMERIPARK, INC.**, among others, and has alleged injuries and damages resulting from an incident in which Donovan D. Buell died from injuries sustained when he was struck by an automobile operated by the Defendant, **WANDA D. MITCHELL**.

2. That the Defendant and Cross-Claimant, **AMERIPARK, INC.**, denies any breach of duty to the Plaintiffs and affirmatively alleges that at all times relevant hereto, it acted with due care and in accordance and all applicable standards, regulations and guidelines.

3. That in the event the Plaintiffs were damaged and injured as alleged, which

is denied, by the negligence and/or wrongdoing of any person or entity other than the decedent himself, then and in that event the Defendant, **WANDA D. MITCHELL**, was negligent in the operation of her motor vehicle and said conduct was the proximate cause of the damages and injuries complained of.

## COUNT I
### (Contribution)

4. That **AMERIPARK, INC.** incorporates by reference all of the allegations contained in Paragraphs 1 through 3 of this Cross-Claim and avers that if, in fact, the Plaintiffs were damaged and injured as a consequence of the conduct complained of in the Complaint, which it denies, then and in that event **WANDA D. MITCHELL** is liable to **AMERIPARK, INC.** for all or part of the claims asserted against it by the Plaintiffs as set forth in the Complaint.

**WHEREFORE**, the Defendant and Cross-Claimant, **AMERIPARK, INC.**, demands contribution against **WANDA D. MITCHELL** in these proceedings.

## COUNT II
### (Indemnification)

6. That **AMERIPARK, INC.** incorporates by reference all of the allegations contained in Paragraphs 1 through 4 of this Cross-Claim, and further denies allegations of breach of duty or allegations of negligence against it; however, in the alternative, pleads that any alleged breach of breach of duty on its part was passive and secondary while the negligence of **WANDA D. MITCHELL** was primary and active so that in the event damages are awarded in favor of the Plaintiffs against **AMERIPARK, INC.** and **WANDA D. MITCHELL**, **AMERIPARK, INC.** would be entitled to indemnification from **WANDA D.**

MITCHELL.

**WHEREFORE**, the Defendant and Cross-Claimant, **AMERIPARK, INC.**, demands judgment against **WANDA D. MITCHELL** by way of contribution and indemnification for all sums which may be adjudged against it and it further demands:

A.   That the Plaintiffs take nothing by their action against **AMERIPARK, INC.**;

B.   That **AMERIPARK, INC.** be awarded judgment in the same amount as is adjudged against **WANDA D. MITCHELL** in these proceedings;

C.   That in the event **AMERIPARK, INC.** is held liable to the Plaintiffs in any amount, **AMERIPARK, INC.** be awarded judgment against **WANDA D. MITCHELL** in that amount;

D.   That **AMERIPARK, INC.** be awarded costs of this action and reasonable attorney's fees; and

E.   That judgment be entered against **WANDA D. MITCHELL** by way of contribution and/or indemnification, and for a contribution of all or a *pro rata* share of any judgment that might be awarded in favor of the Plaintiffs against **AMERIPARK, INC.**;

F.   That judgment be entered against **WANDA D. MITCHELL** by way of indemnification of the total amount of any judgment that might be awarded in favor of the Plaintiff against **AMERIPARK, INC.**;

G.   That the Court grant such other and further relief as it may deem just and proper.

Respectfully submitted,

/S/ Samuel N. Shapiro
**SAMUEL N. SHAPIRO**  (# 471911)
**JEFFREY R. SCHMIELER**  (# 035964)
**SAUNDERS & SCHMIELER, P.C.**
8737 Colesville Road, Suite L-201
Silver Spring, Maryland 20910
Phone: (301) 588-7717
Fax: (301) 588-5073
E-mail: shapiros@sslawfirm.com
E-mail: schmielerj@sslawfirm.com
**Attorneys for the Defendant, Ameripark, Inc.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Cross-Claim was electronically filed in this case with the United States District Court for the District of Columbia on this 27th day of ***May, 2008***, which will serve electronic copies of the same to:

Benjamin G. Chew, Esquire
David C. Silver, Esquire
Patton Boggs LLP
2550 M Street, N.W.
Washington, DC 20037
E-mail: bchew@pattenboggs.com
***Attorneys for the Plaintiffs***

Daniel C. Costello, Esquire
Wharton, Levin, Ehrmantraut & Klein, P.A.
104 West Street, P.O. Box 551
Annapolis, Maryland 21404-0551
E-mail: DCC@wlekn.com
***Attorneys for Defendant Washington Hospital Center***

Wade J. Gallagher, Esquire
Martell, Donnelly, Grimaldi & Gallagher
1900 L Street, N.W., Suite 401
Washington, DC 20036
E-mail: wjgallagher@mdgg.com
***Attorneys for Defendant Wanda D. Mitchell***


          /S/ Samuel N. Shapiro
          **Samuel N. Shapiro**  (# 471911)