IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANA M. BUELL, individually<br>And as the personal representative<br>Of the Estate of Donovan D. Buell, Sr.,<br>Deceased, | *<br>*<br>*<br>*<br>* |
| Plaintiff, | * Case: 1:08-cv-00680-RBW<br>* Judge Reggie B. Walton |
| v. | *<br>* |
| WASHINGTON HOSPITAL CENTER<br>CORPORATION, et al. | *<br>*<br>* |
| Defendants. | * |

## DEFENDANT WASHINGTON HOSPITAL CENTER CORPORATION'S ANSWER TO MITCHELL CROSS-CLAIM

Comes now defendant, Washington Hospital Center Corporation, by and through undersigned counsel and in Answer to the Cross-Claim filed by Defendant Wanda D. Mitchell states as follows:

### FIRST DEFENSE

The allegations set forth in the Cross-Claim are barred by the applicable statute of limitations.

### SECOND DEFENSE

The Cross-Claimant is not entitled to contribution or indemnification.

### THIRD DEFENSE

At all times relevant to the allegations set forth in the Cross-Claim, the actions of this Defendant were reasonable, proper, and satisfied the applicable standard of care.

## FOURTH DEFENSE

The Cross-Claim fails to state a cause of action for which relief can be granted.

## FIFTH DEFENSE

In response to the individually numbered paragraphs of the Cross-Claim, this defendant responds as follows:

1.  This defendant, at this time, neither admits nor denies the allegations in paragraph 1 of the Cross-Claim as it merely contains the Cross-Claimant's recitation of allegations contained within the Plaintiff's Complaint. To the extent a specific response is required it is denied and this defendant demands strict proof thereof.

2.  This defendant, at this time, neither admits nor denies the allegations in paragraph 2 of the Cross-Claim as it merely contains the Cross-Claimant's recitation of allegations contained within the Plaintiff's Complaint. To the extent a specific response is required, it is denied and this defendant demands strict proof thereof.

3.  Denied.

4.  Denied.

5.  To the extent not previously addressed, this Defendant generally and specifically denies all allegations of liability, wrongdoing, causation and damages.

        Respectfully submitted,

        /s/ Daniel C. Costello
        Daniel C. Costello #431217
        Wharton, Levin, Ehrmantraut & Klein, PA
        104 West Street, PO Box 551
        Annapolis, MD 21404-0551
        (410) 263-5900 / (410) 280-2230 Fax
        *Counsel for Washington Hospital Center Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of May, 2008, a copy of the foregoing was mailed, via first-class mail, postage prepaid, and electronic mail to:

Benjamin G. Chew
David C. Silver
Patton Boggs, LLP
2550 M Street, NW
Washington, DC  20037

Wade J. Gallagher, Esquire
Martell, Donnelly, Grimaldi & Gallagher
1900 L Street, NW Suite 401
Washington DC 20036

Samuel N. Shapiro, Esquire
8737 Colesville Road, Suite L-201
Silver Spring, MD 20910

        /s/ Daniel C. Costello
        Daniel C. Costello