IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANA M. BUELL, individually<br>And as the personal representative<br>Of the Estate of Donovan D. Buell, Sr.,<br>Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON HOSPITAL CENTER<br>CORPORATION, et al.<br><br>    Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>* Case: 1:08-cv-00680-RBW<br>* Judge Reggie B. Walton<br>*<br>*<br>*<br>*<br>*<br>* |

### DEFENDANT WASHINGTON HOSPITAL CENTER CORPORATION'S CROSS-CLAIM AGAINST DEFENDANT MITCHELL

Comes now Defendant, Washington Hospital Center Corporation, by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure, and files this Cross-Claim against Defendant Wanda D. Mitchell, and in support thereof, states as follows:

1. That the Plaintiffs have filed a Complaint against Defendant Washington Hospital Center Corporation and has alleged injuries and damages resulting from an incident in which Donovan D. Buell died from injuries sustained when he was struck by an automobile operated by Defendant Wanda D. Mitchell.

2. That Defendant and Cross-Claimant Washington Hospital Center Corporation denies any breach of duty to the Plaintiffs and affirmatively alleges that at all times relevant

                hereto it acted with due care and in accordance with all applicable standards, regulations and guidelines.

3.      That in the event the Plaintiffs were damaged or injured as alleged, which is denied, by the negligence and/or wrongdoing of any person or entity other than the decedent himself, then Defendant Wanda D. Mitchell was negligent in the operation of her motor vehicle and said conduct was the proximate cause of the damages and injuries complained of.

## COUNT I (Contribution)

4.      That Washington Hospital Center incorporates by reference all of the allegations contained in paragraphs 1 through 3 of this Cross-Claim and avers that if, in fact, the Plaintiffs were damaged and injured as a consequence of the conduct complained of in the Complaint, which it denies, then Wanda D. Mitchell is liable to Washington Hospital Center Corporation for all or part of the claims asserted against it by the Plaintiffs as set forth in the Complaint.

WHEREFORE, Defendant and Cross-Claimant, Washington Hospital Center Corporation, demands contribution against Wanda D. Mitchell in these proceedings.

## COUNT II (INDEMNIFICATION)

5.      That Washington Hospital Center Corporation incorporates by reference all of the allegations contained in paragraphs 1

through 4 of this Cross-Claim and further denies allegations of breach of duty or allegations of negligence against it; however, in the alternative, pleads that any alleged breach of duty on its part was passive and secondary while the negligence of Wanda D. Mitchell was primary and active so that in the event damages are awarded in favor of Plaintiffs against Washington Hospital Center Corporation and Wanda D. Mitchell, Washington Hospital Center Corporation would be entitled to indemnification from Wanda D. Mitchell.

WHEREFORE, Defendant and Cross-Claimant Washington Hospital Center Corporation demands judgment against Wanda D. Mitchell by way of contribution and indemnification for all sums which may be adjudged against it and further demands:

A. that Plaintiffs take nothing by their action against Washington Hospital Center Corporation;

B. That Washington Hospital Center Corporation be awarded judgment in the same amount as is adjudged against Wanda D. Mitchell in these proceedings;

C. That in the event Washington Hospital Center Corporation is held liable to the Plaintiffs in any amount, Washington Hospital Center Corporation be awarded judgment against Wanda D. Mitchell in that amount;

D. That Washington Hospital Center Corporation be awarded costs of this action and reasonable attorney's fees;

E. That judgment be entered against Wanda D. Mitchell by way of contribution and/or indemnification, and for contribution for all or a pro rata share of any judgment that might be awarded in favor of Plaintiffs against Washington Hospital Center Corporation;

F. That judgment be entered against Wanda D. Mitchell by way of indemnification of the total amount of any judgment that might be awarded in favor of Plaintiff against Washington Hospital Center Corporation;

G. That the Court grant such other and further relief as it may deem just and proper.

Respectfully submitted,

/s/ Daniel C. Costello
Daniel C. Costello #431217
Wharton, Levin, Ehrmantraut & Klein, PA
104 West Street, PO Box 551
Annapolis, MD 21404-0551
(410) 263-5900 / (410) 280-2230 Fax
*Counsel for Washington Hospital Center Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of May, 2008, a copy of the foregoing was mailed, via first-class mail, postage prepaid, and electronic mail to:

Benjamin G. Chew
David C. Silver
Patton Boggs, LLP
2550 M Street, NW
Washington, DC 20037

Wade J. Gallagher, Esquire
Martell, Donnelly, Grimaldi & Gallagher
1900 L Street, NW Suite 401
Washington DC 20036

Samuel N. Shapiro, Esquire
8737 Colesville Road, Suite L-201
Silver Spring, MD 20910

/s/ Daniel C. Costello
Daniel C. Costello