IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANA M. BUELL, individually and as the personal representative of the Estate of Donovan D. Buell, Sr., deceased, 5015 Barkwood Place Rockville, Maryland 20853-2320<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON HOSPITAL CENTER CORPORATION,<br><br>AMERIPARK, INC. and<br><br>WANDA D. MITCHELL<br><br>Defendants. | Civil Action No. 1:08-cv-00680 |

## JOINT MEET AND CONFER STATEMENT

Pursuant to Federal Rule of Civil Procedure 26(f), Local Civil Rule 16.3 and the General Order and Guidelines for Civil Cases (ECF) dated May 19, 2008, the parties respectfully submit their Meet and Confer Statement, stating as follows:

On Friday, May 30, 2008, at 8:45 a.m., counsel for all parties conferred telephonically and discussed each of the items enumerated in the Order, the results of which are set forth below:[1]

1)   The parties agree that the case is not likely to be resolved on a preliminary dispositive motion (motion to dismiss), but reserve their rights to file motion(s) for summary judgment at a later date.

---

[1] Participating were Benjamin G. Chew for Plaintiff Diana M. Buell, Wade J. Gallagher for Defendant Wanda D. Mitchell, Samuel N. Shapiro for Defendant Ameripark, Inc. and Paul M. D'Amore for Defendant Washington Hospital Center Corporation.

2)	The Parties believe that all parties should be joined and pleadings be amended by June 28, 2008.

3)	The parties do not believe that this case should be assigned to a Magistrate Judge.

4)	The parties believe that there is a realistic chance of settling the case at some point.

5)	The parties believe the case could benefit from ADR, specifically Court-sponsored mediation.  Defendants believe that such ADR should take place after rulings on any and all Motions for Summary Judgment.  Plaintiff would be amenable to ADR at any time.

6)	The parties reserve their rights to file motions for summary judgment after discovery.

7)	The parties prefer to dispense with the initial disclosures entirely and rely on the discovery process.

8)	The parties believe that discovery should close on December 31, 2008.

9)	The parties believe that Plaintiff's expert disclosures should be made by no later than August, 29, 2008, Defendants' responsive disclosures to be made by no later than October 15, 2008 and Plaintiff's rebuttal disclosures by October 31, 2008.  Any depositions of such experts should be taken within the discovery period.

10)	Not applicable.

11)	The parties believe that neither trial nor discovery should be bifurcated.

12)	The parties respectfully leave that to the Court's discretion but would suggest perhaps some time in early February 2009.

13)	The parties would prefer that the Court set the trial date at the pretrial conference (after the scheduling conference).

14)	N/A.

Respectfully submitted,


/s/ Benjamin G. Chew
Benjamin G. Chew (D.C. Bar #418577)
Andrew Zimmitti
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C.  20037
Telephone: (202) 457-6000
Facsimile:  (202) 457-6315
E-mail: bchew@pattonboggs.com

*Counsel for Plaintiff
Diana M. Buell*

Dated:  June 13, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of June, 2008, a true and correct copy of the foregoing Joint Meet and Confer Statement was sent via the Court's electronic system (e-mail) and via first-class mail, postage prepaid, to each of the following:

>Daniel C. Costello, Esq.
>Paul M. D'Amore, Esq.
>WHARTON, LEVIN, EHRMANTRAUT & KLEIN, PA
>104 West Street, P.O. Box 551
>Annapolis, MD  21404-0551
>Telephone:  (410) 263-5900
>Facsimile:  (410) 280-2230
>E-mail:  dcc@wlekn.com
>         pmd@wlekn.com
>
>Counsel for Defendant
>Washington Hospital Center Corporation
>
>Wade J. Gallagher, Esq.
>MARTELL, DONNELLY, GRIMALDI & GALLAGHER
>1900 L Street, N.W.
>Suite 401
>Washington, D.C.  20036
>Telephone:  (301) 424-1300
>Facsimile: (410) 552-0230
>E-mail:  wjgallagher@mdgg.com
>
>*Counsel for Defendant Wanda D. Mitchell*
>
>Samuel N. Shapiro, Esq.
>Jeffrey R. Schmieler, Esq.
>SAUNDERS & SCHMIELER, P.C.
>8787 Colesville Road, Ste L201
>Silver Spring, MD  20910
>Telephone:  (301) 588-7717
>Facsimile: (301) 588-5073
>E-mail:  shapiros@sslawfirm.com
>         schmielerj@sslawfirm.com
>
>*Counsel for Defendant Ameripark, Inc.*

/s/ Benjamin G. Chew