## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANA M. BUELL,<br>Individually and as the<br>Personal Representative<br>of the Estate Of<br>Donovan D. Buell, Sr.<br>Deceased | :<br>:<br>:<br>:<br>:<br>: |
| **Plaintiff** | : |
| **v.** | : Case No. 1:08-cv-00680<br>: Judge Reggie B. Walton |
| WASHINGTON HOSPITAL CENTER<br>CORPORATION ET AL | :<br>: |
| **Defendants** | : |

### ANSWER OF DEFENDANT WANDA D. MITCHELL TO CROSS-CLAIM OF DEFENDANT AMERIPARK, INC.

Comes now defendant/cross-defendant, Wanda D. Mitchell, by and through her attorneys, Martell, Donnelly, Grimaldi & Gallagher, and as and for her answer to the Cross-claim of Ameripark, Inc. states:

### FIRST DEFENSE

The Cross-claim fails to state a claim or cause of action upon which relief can be granted.

### SECOND DEFENSE

Defendant denies any and all liability and/or responsibility to cross-claimant for contribution and/or indemnification under any theory of law and demands strict proof thereof.

**THIRD DEFENSE**

Defendant asserts that if Ameripark, Inc. is found to be liable to the plaintiff herein as alleged in plaintiff's Complaint, then said liability will have resulted from Ameripark's negligence and breach of its duties to the plaintiff and the relief sought by the cross-claim is, therefore, barred by its sole, concurrent or contributory negligence.

**FOURTH DEFENSE**

Each allegation not specifically admitted is denied.

MARTELL, DONNELLY,
GRIMALDI & GALLAGHER

/s/ Wade J. Gallagher
WADE J. GALLAGHER #89276
1900 L Street, N.W., Suite 401
Washington, D.C. 20036
(301) 424-1300
wjgallagher@mdgg.com
Counsel for defendant
  Wanda D. Mitchell

**JURY DEMAND**

Cross-defendant, Wanda D. Mitchell, by and through her attorneys, Martell, Donnelly, Grimaldi & Gallagher, demands a jury trial on all issues herein.

MARTELL, DONNELLY,
GRIMALDI & GALLAGHER

/s/ Wade J. Gallagher
WADE J. GALLAGHER #89276
1900 L Street, N.W.,  Suite 401
Washington, D.C.  20036
(301) 424-1300
wjgallagher@mdgg.com
Counsel for defendant
Wanda D. Mitchell

**Certificate of Service**

I hereby certify that on this 18th day of June, 2008, I

e-filed the foregoing Answer and Jury Demand of Defendant

Wanda  D. Mitchell to Cross-Claim of Defendant Ameripark,

Inc., and mailed a copy, first class mail, postage prepaid

to:

Benjamin G. Chew, Esquire
David C. Silver, Esquire
Patton Boggs LLP
2550 M Street, N.W.
Washington, D.C.  20037
bchew@pattonboggs.com
Counsel for plaintiff Buell

Daniel C. Costello, Esquire
Wharton, Levin, Ehrmanstraut,
Klein and Nash
104 West Street
P.O. Box 551
Annapolis, Maryland 21404-0551
DDC@WLEKN.COM
Counsel for Washington Hospital Center Corp.

Samuel Nathan Shapiro, Esquire
Saunders & Schmieler
8737 Colesville Road
Suite L-201
Silver Spring, Maryland 20910
Counsel for Ameripark, Inc.


/s/ Wade J. Gallagher
Wade J. Gallagher #89276