```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA
```

DIANA M. BUELL,                  :
Individually and as the          :
Personal Representative          :
of the Estate Of                 :
Donovan D. Buell, Sr.            :
Deceased                         :
                                 :
     Plaintiff                   :
                                 :
     v.                          : Case No. 1:08-cv-00680
                                 : Judge Reggie B. Walton
WASHINGTON HOSPITAL CENTER       :
CORPORATION ET AL                :
                                 :
     Defendants                  :

**ANSWER OF DEFENDANT WANDA D. MITCHELL TO CROSS-CLAIM OF DEFENDANT WASHINGTON HOSPITAL CENTER CORPORATION**

Comes now defendant/cross-defendant, Wanda D. Mitchell, by and through her attorneys, Martell, Donnelly, Grimaldi & Gallagher, and as and for her answer to the Cross-claim of Washington Hospital Center Corporation, Inc. states:

**FIRST DEFENSE**

The Cross-claim fails to state a claim or cause of action upon which relief can be granted.

**SECOND DEFENSE**

Defendant denies any and all liability and/or responsibility to cross-claimant for contribution and/or indemnification under any theory of law and demands strict proof thereof.

### THIRD DEFENSE

Defendant asserts that if Washington Hospital Center Corporation is found to be liable to the plaintiff herein as alleged in plaintiff's Complaint, then said liability will have resulted from Washington Hospital Center Corporation's negligence and breach of its duties to plaintiff and the relief sought by the cross-claimant is, therefore, barred by its sole, concurrent or contributory negligence.

### FOURTH DEFENSE

Each allegation not specifically admitted is denied.

> MARTELL, DONNELLY,
> GRIMALDI & GALLAGHER
>
> /s/ Wade J. Gallagher
> WADE J. GALLAGHER #89276
> 1900 L Street, N.W., Suite 401
> Washington, D.C.  20036
> (301) 424-1300
> wjgallagher@mdgg.com
> Counsel for defendant
> Wanda D. Mitchell

### JURY DEMAND

Cross-defendant, Wanda D. Mitchell, by and through her attorneys, Martell, Donnelly, Grimaldi & Gallagher, demands a jury trial as to all issues herein.

```
                    MARTELL, DONNELLY,
                    GRIMALDI & GALLAGHER

                    /s/ Wade J. Gallagher
                    WADE J. GALLAGHER #89276
                    1900 L Street, N.W.,  Suite 401
                    Washington, D.C.  20036
                    (301) 424-1300
                    wjgallagher@mdgg.com
                    Counsel for defendant
                     Wanda D. Mitchell
```

### Certificate of Service

I hereby certify that on this 18th day of June, 2008, I e-filed the foregoing Answer and Jury Demand of Defendant Wanda D. Mitchell to Cross-Claim of Defendant Washington Hospital Center Corporation, and mailed a copy, first class mail, postage prepaid to:

```
Benjamin G. Chew, Esquire
David C. Silver, Esquire
Patton Boggs LLP
2550 M Street, N.W.
Washington, D.C.  20037
bchew@pattonboggs.com
Counsel for plaintiff Buell

Daniel C. Costello, Esquire
Wharton, Levin, Ehrmanstraut,
Klein and Nash
104 West Street
P.O. Box 551
Annapolis, Maryland 21404-0551
DDC@WLEKN.COM
Counsel for Washington Hospital Center Corp.
```

Samuel Nathan Shapiro, Esquire
Saunders & Schmieler
8737 Colesville Road
Suite L-201
Silver Spring, Maryland 20910
Counsel for Ameripark, Inc.

/s/ Wade J. Gallagher
Wade J. Gallagher #89276
