UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DIANA M. BUELL, | ) | |
|     Plaintiff, | ) | |
| v. | ) | Civil Action No. 08cv680 (RBW) |
| WASHINGTON HOSPITAL CENTER CORPORATION, et al. | ) | |
|     Defendants. | ) | |

**SCHEDULING ORDER**

The parties appeared before the Court on June 20, 2008, for an initial scheduling conference. Based upon the discussions at this hearing, it is on this 23rd day of June, 2008, hereby **ORDERED** that

1. This case will be placed on the standard track.

2. The parties have waived initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

3. The plaintiff shall join any additional parties or amend the complaint by June 28, 2008.

4. The plaintiff shall serve his expert report pursuant to Rule 26(a)(2) by August 29, 2008, the defendant shall serve its expert reports pursuant to Rule 26(a)(2) by October 15, 2008, and the plaintiff shall file her rebuttal disclosures by October 31, 2008.

5. Discovery shall be concluded by December 31, 2008.

6. Any dispositive motions shall be filed by January 30, 2009, any oppositions shall be filed by March 2, 2009, and any reply thereto shall be filed by March 20, 2009.

7. A status conference shall be held on June 19, 2009 at 9:30 a.m. in courtroom 16 before the Honorable Judge Reggie B. Walton at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED.**

/s/_____
REGGIE B. WALTON
United States District Judge