IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DIANA M. BUELL, individually<br>and as representative of the Estate of<br>Donovan D. Buell, Sr., Deceased | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: 1:08-cv-00680<br>Judge Reggie B. Walton |
| WASHINGTON HOSPITAL CENTER<br>CORPORATION, *et al.* | * | |
| | * | |
| Defendants. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## VERDICT FORM

1A.) Do you find by a preponderance of the evidence that the Washington Hospital Center Corporation was negligent?

Yes_____   No __✓__

If your answer to question 1A is yes, then go to question 1B. If your answer is no, then go to question 2A.

1B.) Do you find by a preponderance of the evidence that the negligence of the Washington Hospital Center Corporation was a proximate cause of the plaintiff's damages?

Yes_____   No_____

2A.) Do you find by a preponderance of the evidence that AmeriPark, Inc. was negligent?

Yes_____   No __✓__

If your answer to question 2A is yes, then go to question 2B. If your answer is no, then go to question 3A.

1

2B.) Do you find by a preponderance of the evidence that the negligence of AmeriPark, Inc. was a proximate cause of the plaintiff's damages?

Yes_____   No_____

3A.) Do you find by a preponderance of the evidence that Wanda Mitchell was negligent?

Yes__✓__   No_____

    If your answer to question 3A is yes, then go to question 3B. If your answer is no, and you answered yes to either question 1B or 2B, then go to question 4A; otherwise, stop, your deliberations are over.

3B.) Do you find by a preponderance of the evidence that the negligence of Wanda Mitchell was a proximate cause of the plaintiff's damages?

Yes__✓__   No_____

    If you answered yes to either question 1B, 2B, or 3B then go to question 4A. Otherwise stop, your deliberations are over.

4A.) Do you find by a preponderance of the evidence that the decedent Donovan Buell was contributorily negligent?

Yes__✓__   No_____

    If your answer to question 4A is yes, then go to question 4B. If your answer is no, then go to question 5.

4B.) Do you find by a preponderance of the evidence that Mr. Buell's contributory negligence was a proximate cause of his injuries?

Yes_____   No__✓__

    If your answer to question 4B is yes then stop, your deliberations are over. If your answer to question 4B is no, then go to question 5.

2

5.) What amount, if any, do you award for the following:

_____∅_____ Conscious Pain and Suffering

_____∅_____ Economic Losses


Foreperson




If you agree with the verdict as indicated by your foreperson, please sign your name below: